

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00489-CV

Mission Consolidated Independent School District
v.
ERO International, LLP

On Appeal from the
County Court at Law No 6 of Hidalgo County, Texas
Trial Cause No. CL-17-2033-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment granting MCISD's plea to the jurisdiction. Costs of the appeal are adjudged against appellee, ERO International, LLP.

We further order this decision certified below for observance.

March 14, 2019